UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

IGOR SHAPOSHNIKOV,  :
    Petitioner  :
                              :  CASE NO. 1:16-CV-1871
    v.  :
                              :  (Judge Caldwell)
DAVID ORTIZ,  :
    Respondent  :

*O R D E R*

AND NOW, this 5th day of December, 2017, it is ordered that:

1. The petition (Doc. 1) under 28 U.S.C. § 2241 is denied.

2. The Clerk of Court shall close this file.

                                            /s/ William W. Caldwell
                                            William W. Caldwell
                                            United States District Judge